Chaya Mandelbaum
cmandelbaum@swhlegal.com
Steven L. Wittels
swittels@swhlegal.com
Jeremy Heisler
jheisler@swhlegal.com
Siham Nurhussein
snurhussein@swhlegal.com
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

Attorneys for Plaintiff Paul Galloway

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL GALLOWAY,**<br><br>**Movant**<br><br>v.<br><br>**Seagate Technology LLC,**<br><br>**Respondent** | **3:11-mc-80309-EMC**<br><br>[PROPOSED] **ORDER GRANTING REVISED BRIEFING SCHEDULE** |

IT IS HEREBY ORDERED that the briefing and hearing schedule in this matter shall be extended. Respondent's opposition is due January 27, 2012; Plaintiff's reply is due on February 3, 2012; a motion hearing is scheduled for ~~February 17, 2012, or a date thereafter that is convenient for the Court.~~ February 28, 2012

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 12, 2012

_____
NANDOR J. VADAS
Magistrate Judge